# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>) | |
| ) | CIVIL NO. 3:12cv01100 |
| v. ) | JUDGE SHARP |
| ) | |
| $10,000.00 UNITED STATES CURRENCY )<br>and $10,000.00 UNITED STATES CURRENCY, )<br>) | |
| Defendants. ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on October 25, 2012, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the $10,000.00 United States currency and the $10,000.00 United States currency (hereinafter collectively "Defendant Property") on October 29, 2012; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon SOS Auto Sales, Siharya Silomon, Zaydan Adil Dosky and Ashour Shlemon by regular and certified mail on October 29, 2012; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on October 29, 2012 and ending on November 27, 2012; that Ashour Shlemon filed a claim to the Defendant Property on November 30, 2012; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendants $10,000.00 United States currency and the $10,000.00 United States currency against SOS Auto Sales, Siharya Silomon, Zaydan Adil Dosky and all persons, with the exception of Ashour Shlemon, and entities who may have an interest in Defendant Property, as

provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 44pf day of Lcpwct{."2013.

                                          KEITH THROCKMORTON, CLERK
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF TENNESSEE

                      s/ Keith Throckmorton
                        Clerk